SCANNED



Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
# For The
# WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Charon Fleming** **Docket No. 96-00185-025**

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charon Fleming, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of August 1997, who fixed the period of supervision at five years' and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- $100 special assessment
- Shall not commit another federal, state, or local crime.
- Shall not illegally possess a controlled substance.
- Shall not possess a firearm.
- Drug testing and treatment, as directed.

08-20-97: RICO; 46 months' incarceration followed by 5 years' supervised release.
01-11-01: Released to supervision; Currently supervised by U.S. Probation Officer Tracey Begonia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**The defendant shall not commit another federal, state, or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall not possess a firearm.**

The defendant was arrested on August 10, 2005, for Carrying a Firearm Without a License, Resisting Arrest, and Tampering With Evidence. He was also arrested on October 14, 2005, for Possession of a Controlled Substance (heroin) and False Identification.

U.S.A. vs. Charon Fleming
Docket No. 96-00185-025
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for arrest and held in abeyance until pending charges are resolved.

ORDER OF COURT

Considered and ordered this 29th day of Nov, 20 05 and ordered filed and made a part of the records in the above case.

G. L. Lancaster

U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2005

Tracey Begonia
Tracey Begonia
U.S. Probation Officer

Roselyn Gerson
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania