Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Charon Thomas Fleming                    Docket No. 96-00185-025

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charon Thomas Fleming, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of August 1997, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- $100 special assessment
- Shall not commit another federal, state, or local crime.
- Shall not illegally possess a controlled substance.
- Shall not possess a firearm.
- Drug testing and treatment, as directed.

08-20-97:   RICO; 46 months' imprisonment followed by 5 years' supervised release.
01-11-01:   Released to supervision; Currently supervised by U.S. Probation Officer Tracey Begonia.
11-29-05:   Petition signed, Warrant in Abeyance issued, Judge Lancaster.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following conditions:

**The defendant shall not commit another federal, state, or local crime.**
**The defendant shall not possess a firearm.**

The defendant was arrested at CC200512712 on August 10, 2005, and he pled guilty on September 22, 2006, to the charges of Carrying a Firearm Without a License and Resisting Arrest. He was sentenced by Allegheny County Court of Common Pleas Judge Anthony M. Mariani to two to four years' incarceration.

U.S.A. vs. Charon Thomas Fleming
Docket No. 96-00185-025
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3A, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on NOVEMBER 30, 2006 at 10 AM, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 13th day of NOV, 20 06 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

cc: All Counsel
    US Marshal
    US Probation

Executed on October 30, 2006

_____
Tracey Begonia
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA